# EXHIBIT A

## ROGELIO ALCALAN

IP Address: 76.239.4.27 2007-08-08 06:23:54 EDT

CASE ID# 138461846

P2P Network: Gnutella

Total Audio Files: 295

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Story of the Year | Razorblades | Page Avenue | 340-938 |
| UMG Recordings, Inc. | Sum 41 | Still Waiting | Does This Look Infected? | 337-798 |
| UMG Recordings, Inc. | Blink-182 | Dick Lips | Dude Ranch | 243-969 |
| Warner Bros. Records Inc. | The Used | I Caught Fire | In Love And Death | 362-132 |
| UMG Recordings, Inc. | Blink-182 | The Fallen Interlude | Blink-182 | 345-359 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Las De La Intuicion | Fijacion Oral Vol. 1 | 372-418 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| UMG Recordings, Inc. | Blink-182 | Story Of A Lonely Guy | Take Off Your Pants And Jacket | 301-317 |

CHGO1\31143071.1