# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 467**

In the Matter of

Plaintiffs
MAVERICK RECORDING CO., et al.
v
ROGELIO ALCALAN
Defendant

Case Number:

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT

| NAME (Type or print) |
| --- |
| Amanda C. Jones |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Amanda C. Jones |
| FIRM |
| DLA PIPER US LLP |
| STREET ADDRESS |
| 203 N. LaSalle Street  Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, IL  60601-1293 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC #06286509 | (312) 368-4000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT