AO 121 (6/90)

| TO: | | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen Buildling<br>219 South Dearborn St., 20th Floor<br>Chicago, IL 60604 |

| DOCKET NO. | DATE FILED | |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT | ROGELIO ALCALAN |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

CHGO1\31143071.1

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# EXHIBIT A

## ROGELIO ALCALAN

**IP Address:** 76.239.4.27 2007-08-08 06:23:54 EDT

**CASE ID#** 138461846

**P2P Network:** Gnutella

**Total Audio Files:** 295

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Story of the Year | Razorblades | Page Avenue | 340-938 |
| UMG Recordings, Inc. | Sum 41 | Still Waiting | Does This Look Infected? | 337-798 |
| UMG Recordings, Inc. | Blink-182 | Dick Lips | Dude Ranch | 243-969 |
| Warner Bros. Records Inc. | The Used | I Caught Fire | In Love And Death | 362-132 |
| UMG Recordings, Inc. | Blink-182 | The Fallen Interlude | Blink-182 | 345-359 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Las De La Intuicion | Fijacion Oral Vol. 1 | 372-418 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| UMG Recordings, Inc. | Blink-182 | Story Of A Lonely Guy | Take Off Your Pants And Jacket | 301-317 |