AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 467**

### SUMMONS IN A CIVIL CASE

MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

ROGELIO ALCALAN

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE MASON**

**TO:**

Rogelio Alcalan
2632 N. Pine
Waukegan, IL 60087

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky
Ann Marie Bredin
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax: (312) 236-7516

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

DATE

**January 22, 2008**
Date

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAVERICK RECORDING COMPANY, A CALIFORNIA JOINT VENTURE; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> ROGELIO ALCALAN <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **08 C 467** <br><br> DECLARATION OF SERVICE OF: <br> SUMMONS; CIVIL COVER SHEET; EXHIBITS; CASE MANAGEMENT PROCEDURES; THE FEDERAL RULES OF CIVIL PROCEDURE: GENERAL PROVISIONS REGARDING DISCOVERY; DUTY OF DISCLOSURE; LOCAL RULES; NOTICE TO DEFENDANT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of February, 2008, at 2:26 PM**, at the address of **2632 N PINE, WAUKEGAN, Lake County, IL 60087**; this declarant served the above described documents upon **ROGELIO ALCALAN**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **ROGELIO ALCALAN, NAMED DEFENDANT, A white male approx. 40-45 years of age**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of ____ILLINOIS____ that the statement above is true and correct.

DATED this 13th day of February, 2008.

_____
Chester Macrowski


FOR: **DLA PIPER US LLP**　　　　　ORIGINAL PROOF OF　　　　　Tracking #: **5256044** SEA
REF:　　　　　　　　　　　　　　　　SERVICE
ALCALANROGELIO|138461846

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE: 2/10/2008

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (*PRINT*)  
CHESTER MACROWSKI

TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

[X] Served personally upon the defendant. Place where served: 2632 N PINE., WAUKEGAN, IL 60085

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

   Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/10/08  
            Dated

Signature of Server

911 GRAND AVENUE, WAUKEGAN, IL 60085  
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.