## CERTIFICATE OF SERVICE

    I, Ann Marie Bredin, hereby certify that on April 9, 2008, I caused a copy of the Stipulation to Judgment and Permanent Injunction (the "Stipulation") to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in this proceeding. In addition, on April 9, 2008, I caused a copy of the Stipulation to be served on the following individual, via United States mail:

Rogelio Alcalan
2632 N. Pine
Waukegan, IL  60087

                                                                        By:  */s/ Ann Marie Bredin*
                                                                               Ann Marie Bredin