Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 467 | **DATE** | 4/10/2008 |
| **CASE TITLE** | MAVERICK RECORDING vs. ROGELIO ALCALAN | | |

**DOCKET ENTRY TEXT**

Enter Stipulation to Judgment and Permanent Injunction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | BF |
|---|---|---|