UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGELIO ALCALAN,<br><br>Defendant. | Case No.: 08-C-0467<br><br>The Hon. Charles R. Norgle |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1.      Judgment Creditors, MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT and Judgment Debtor, Rogelio Alcalan stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2.      The Stipulated Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

                Respectfully submitted,
MAVERICK RECORDING COMPANY;
UMG RECORDINGS, INC.; WARNER
BROS. RECORDS INC.; and SONY BMG
MUSIC ENTERTAINMENT

Plaintiffs

DATED: July 15, 2008          By: s/ Kristin S. Yoo
                                                          Kristin S. Yoo (ARDC # 6279521)

Kristin S. Yoo (ARDC # 6279521)
E-mail:  kyoo@cozen.com
Tia C. Ghattas (ARDC # 6269818)
E-mail:  tghattas@cozen.com
**Cozen O'Connor, A Professional Corporation**
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone:  (312) 382-3100
Facsimile:  (312) 382-8910

Attorneys for  MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT
Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGELIO ALCALAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No.: 08-C-467<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 15th day of July, 2008:

        Rogelio Alcalan
        2632 N. Pine
        Waukegan, IL 60087

        Respectfully submitted,
        MAVERICK RECORDING COMPANY;
        UMG RECORDINGS, INC.; WARNER
        BROS. RECORDS INC.; and SONY BMG
        MUSIC ENTERTAINMENT

        Plaintiffs

DATED: July 15, 2008                    By: s/ Kristin S. Yoo
                                            Kristin S. Yoo (ARDC # 6279521)

Kristin S. Yoo (ARDC # 6279521)
E-mail:  kyoo@cozen.com
Tia C. Ghattas (ARDC # 6269818)
E-mail:  tghattas@cozen.com
**Cozen O'Connor, A Professional Corporation**
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone:  (312) 382-3100
Facsimile:  (312) 382-8910

Attorneys for  MAVERICK RECORDING
COMPANY; UMG RECORDINGS, INC.;
WARNER BROS. RECORDS INC.; and SONY
BMG MUSIC ENTERTAINMENT
Plaintiffs